UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL MURRAY, | No. 2:15-cv-02105-TLN-DB |
| Plaintiff, | |
| v. | ORDER |
| PARK MANAGEMENT CORP, | |
| Defendant. | |

Plaintiff commenced this disability access case asserting a claim under the Americans with Disabilities Act ("ADA") and related state law claims, and defendant has answered the complaint.

In an effort to allow the parties some time to pursue an early informal resolution of this matter, the court finds it appropriate to refer the action to the court's Voluntary Dispute Resolution Program ("VDRP").

Accordingly, IT IS HEREBY ORDERED that:

1. Per the request of the parties in the Joint Status Report filed 10/11/16, (ECF No. 20), the stay is lifted so that further discovery may proceed.
2. Within fourteen (14) days of this order, the parties shall contact the court's VDRP administrator, Sujean Park, at (916) 930-4278 or SPark@caed.uscourts.gov, to start the process of selecting an appropriate neutral.

1

3. The parties shall carefully review and comply with Local Rule 271, which outlines the specifications and requirements of the VDRP.
4. No later than fourteen (14) days after completion of the VDRP session, the parties shall jointly file their VDRP Completion Report, consistent with Local Rule 271(o).
5. Any party that objects to this referral to the VDRP shall file its objections within seven (7) days of this order. Such objections shall clearly outline why that party believes that the action is not appropriate for referral to the VDRP.

IT IS SO ORDERED.

Dated: October 17, 2016

Troy L. Nunley
United States District Judge